U.S. GPO: 2000-453-702/25203

| | |
|---|---|
| U.S. Department of Justice<br>United States Marshals Service | **PROCESS RECEIPT AND RETURN**<br>See Instructions for "Service of Process by the U.S. Marshal"<br>on the reverse of this form. |

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Modesto Montero | 04 12579 RGS |
| **DEFENDANT** Patrolman Kenneth Jones | **TYPE OF PROCESS** Summons and Complaint |

**SERVE** — NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Patrolman Kenneth Jones

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
Bellingham Police Department, 6 Mechanic St., Bellingham MA 02019

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

ATTORNEY SCOTT GEDIMAN
GEDIMAN, DUFFY & GEDIMAN
425 BROADWAY
EVERETT, MA 02149
(617) 389-7200

Number of process to be served with this Form - 285: 1
Number of parties to be served in this case: 2
Check for service on U.S.A.:

[Stamp: RECEIVED U.S. MARSHAL SERVICE BOSTON, MA  2004 DEC 13  P]

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Individual Capacity / Service ASAP.

Signature of Attorney or other Originator requesting service on behalf of: ☑ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER: 617-389-7200
DATE: 12/9/04

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 38 | District to Serve No. 38 | Signature of Authorized USMS Deputy or Clerk | Date 12/13/04 |
|---|---|---|---|---|---|
| | 1 | | | | |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):
Cpt Terry Corriveau, Captain

☑ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above):

Date of Service: 12/17/04   Time: 9:30 ☑ am ☐ pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 90.00 | | | 90.00 | | | |

REMARKS: 12/17 - Served Cpt. Corriveau because Officer Jones works midnight shift. Cpt. Corriveau will forward to Officer Jones.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____

Modesto Montero

V.

Town of Bellingham,
Patrolman Kenneth Jones

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**04 12579 RGS**

TO: (Name and address of Defendant)

Patrolman Kenneth Jones
Bellingham Police Department
6 Mechanic Street
Bellingham, MA 02019

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Scott Gediman
425 Broadway
Everett, MA 02149

an answer to the complaint which is served on you with this summons, within _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.



CLERK

(By) DEPUTY CLERK

DATE  12/9/2004