UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2005 MAR -8 ⊃ 1: 03

U.S. DISTRICT COURT
DISTRICT OF MASS

MODESTO MONTERO,
      Plaintiff,

v.

TOWN OF BELLINGHAM and
PATROLMEN KENNETH JONES,
      Defendants,

)
)
)
)
)
)
)
)
)
)

CIVIL ACTION NO. 04-12579RGS

## CERTIFICATE PURSUANT TO L.R. 16.1(D)(3)

I, Dennis C. Fraine, certify that I have conferred and discussed the establishment of a

budget for the course of conducting litigation in the captioned matter as well as the consideration

of the resolution of litigation through alternative dispute resolution.

Defendant,


_____

Dennis C. Fraine
Town Administrator
Town of Bellingham

Defendant, by his attorney,


_____

James W. Simpson, Jr. BBO#634344
MERRICK, LOUISON & COSTELLO
67 Batterymarch Street
Boston, MA 02110
(617) 439-0305