UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE
2005 MAR -8  P 1: 03

U.S. DISTRICT COURT
DISTRICT OF MASS

MODESTO MONTERO, )
      Plaintiff, )
)
v. ) CIVIL ACTION NO. 04-12579RGS
)
TOWN OF BELLINGHAM and )
PATROLMEN KENNETH JONES, )
      Defendants, )
)

### CERTIFICATE PURSUANT TO L.R. 16.1(D)(3)

I, Kenneth Jones, certify that I have conferred and discussed the establishment of a budget for the course of conducting litigation in the captioned matter as well as the consideration of the resolution of litigation through alternative dispute resolution.

Defendant,

_/s/ Kenneth Jones_
Kenneth Jones

Defendant, by his attorney,

_/s/ James W. Simpson, Jr._
James W. Simpson, Jr. BBO#634344
MERRICK, LOUISON & COSTELLO
67 Batterymarch Street
Boston, MA 02110
(617) 439-0305