UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MODESTO MONTERO ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 04-12579-RGS |
| ) | |
| TOWN OF BELLINGHAM and ) | |
| PATROLMAN KENNETH JONES ) | |

### CERTIFICATION OF COUNSEL

Now comes Scott Gediman counsel for plaintiff and James Simpson counsel for defendant and hereby affirm that each party and that party's counsel have conferred (a) with a view to establishing a budget for the costs of conducting the full course and various alternative causes of the litigation and (b) to consider the resolution of the litigation through the use of alternative dispute programs such as those outlined in LR 16.4.

Signed this 12th day of May, 2005.

_____
Scott Gediman
Attorney for plaintiff

_____ (MSD)
James Simpson
Attorney for defendants