UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS



MODESTO MONTERO,
        Plaintiff,

v.                                        CIVIL ACTION NO. 04-12579RGS

TOWN OF BELLINGHAM and
PATROLMEN KENNETH JONES,
        Defendants,

## JOINT STATEMENT

Pursuant to the Court's Notice of Scheduling Conference and Rule 16.1(E) of the Local Rules of the United States District Court for the District of Massachusetts, counsel for the above named parties have conferred and state as follows:

1. **Joint Discovery Plan and Motion Schedule:**

    The parties propose the following pre-trial schedule:

    (a)    Automatic document disclosure to be completed on or before June 30, 2005

    (b)    Amendments and\or supplements to the pleadings may be filed by August 31, 2005, to the provisions of the Federal Rules of Civil Procedure; Plaintiff proposes that during the same period of time, the parties will seek mediation through the ADR program sponsored by the Federal District Court.

    (c)    Defendant proposes Written discovery requests are to be filed by September 30, 2005, and answers\responses are to be according to applicable FRCP; Plaintiff proposes no written discovery and requests that the defendant provide the internal Bellingham Police Department rules and regulations, policies or directions for or to

                    Bellingham Police Officers concerning procedures to be followed in arresting persons pursuant to a warrant to insure and determine the identity of the person arrest is the same person for which the warrant was issued.

(d)     All depositions are to be completed by September 30, 2005 except for depositions of expert witnesses as set forth in (i);

(e)     Plaintiff's and defendants' trial experts to be designated and provided with expert disclosures by October 31, 2005, with both parties having an additional thirty days to respond with supplemental expert designations or disclosures if necessitated by the other parties previous disclosures. No expert depositions as disclosures alone will suffice.

(f)     All Discovery is to be completed by November 30, 2005, unless shortened or enlarged by Order of this court;

(g)     Motions for summary judgment, are to be filed by December 31, 2005, and responses are to be filed twenty days thereafter pursuant to Local Rule 7.1, and all filings must conform to the requirements of L.R. 56.1;

(h)     A final pre-trial conference will be held in January 2006.

2.     Defendants intend to take approximately three (3) depositions during the discovery period. Plaintiff intends to take approximately three (3) depositions during discovery period.

3.     Certifications regarding each parties' consultation with counsel regarding budgets and alternative dispute resolution will be filed separately.

4.     The defendants agree to proceed before a Magistrate Judge of this Honorable Court. The plaintiff does not agree to proceed before a Magistrate Judge of this Honorable Court.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MODESTO MONTERO ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 04-12579-RGS |
| ) | |
| TOWN OF BELLINGHAM and ) | |
| PATROLMAN KENNETH JONES ) | |

### PLAINTIFF'S SETTLEMENT PROPOSAL

Now comes the plaintiff and in accordance with Notice of Scheduling conference paragraph (c) hereby submits the following settlement proposal:

If there are no further depositions taken, no further requests for interrogatories or production of documents, no further motion hearings, the plaintiff will accept $150,000 in full settlement of this case. If further discovery is required by defendant, this $150,000 offer shall be withdrawn and plaintiff's settlement offer shall revert to $200,000. Defendant has offered $0.00 as of this date to settle this case.

Modesto Montero
By his Attorney,

Scott Gediman
Gediman Duffy & Gediman PC
425 Broadway
Everett, MA 02108
(617) 389-7200

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MODESTO MONTERO ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 04-12579-RGS |
| ) | |
| TOWN OF BELLINGHAM and ) | |
| PATROLMAN KENNETH JONES ) | |

### AGENDA OF MATTERS TO BE DISCUSSED AT CONFERENCE

Now comes the plaintiff after conference with the attorney for defendant and submits the following agenda of matters to be discussed at the conference:

1. Scheduling and Discovery

2. Alternative Dispute Resolution

3. Status of settlement negotiations

4. Contentions of each party as to liability and damages.

Respectfully submitted this 12th day of May, 2005.

Scott Gediman
Attorney for the Plaintiff

James Simpson
Attorney for the Defendants