UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MODESTO MONTERO )
)
)
v. ) CIVIL ACTION NO. 04-12579-RGS
)
TOWN OF BELLINGHAM and )
PATROLMAN KENNETH JONES )
)

## AFFIDAVIT OF COMPLIANCE WITH LR 16.1

Now comes Scott Gediman, Counsel for the plaintiff and James Simpson Counsel for the defendant and state that we have conferred on May 12, 2005 for the purpose of

(1) Preparing an agenda of matters to be discussed at the conference
(2) Preparing a proposed pretrial schedule for the case that includes a plan for discovery, and
(3) Considering whether they consent to trial by magistrate judge or alternative dispute resolution.

Signed this 12th day of May, 2005 under the pains and penalties of perjury.

Scott Gediman
Attorney for plaintiff

James Simpson (MTD)
Attorney for Defendants