UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS


MODESTO MONTERO
    Plaintiff

       v.                  CIVIL ACTION NO. 04-12579-RGS

TOWN OF BELLINGHAM
    Defendant

<u>SETTLEMENT ORDER OF DISMISSAL</u>

STEARNS, DJ.                              SEPTEMBER 30, 2005

      THE COURT HAVING BEEN ADVISED BY COUNSEL THAT THE ABOVE-ENTITLED ACTION HAS SETTLED:

      IT IS HEREBY ORDERED THAT THIS ACTION BE DISMISSED WITHOUT COSTS AND WITHOUT PREJUDICE TO THE RIGHT OF ANY PARTY, UPON GOOD CAUSE SHOWN, TO RESTORE THIS ACTION TO THE DOCKET WITHIN 45 DAYS IF SETTLEMENT IS NOT CONSUMMATED.

      SO ORDERED.

                        RICHARD G. STEARNS
                        UNITED STATES DISTRICT JUDGE


            BY:

                        /s/ Mary H. Johnson
                        Deputy Clerk

DATED: 9-30-05