UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MODESTO MONTERO
_____
Plaintiff(s)

V.

TOWN OF BELLINGHAM
_____
Defendant(s)

CIVIL ACTION
NO. 04-12579-RGS

**REPORT RE: REFERENCE FOR
ALTERNATIVE DISPUTE RESOLUTION**

TO JUDGE STEARNS

☐ The above entitled case was reported settled after referral to the ADR Program, but prior to ADR

☑ On September 29, 2005 I held the following ADR proceeding:

☐ SCREENING CONFERENCE    ☐ EARLY NEUTRAL EVALUATION
☑ MEDIATION    ☐ SUMMARY BENCH / JURY TRIAL
☐ MINI-TRIAL    ☐ SETTLEMENT CONFERENCE

All parties were represented by counsel [except _____]
The parties were ☐ /were not ☐ present in person or by authorized corporate officer [except _____].

The case was:

☑ Settled. Your clerk should enter a __45__ day order of dismissal.
☐ There was progress. A further conference has been scheduled for _____ unless the case is reported settled prior to that date.
☐ Further efforts to settle this case at this time are, in my judgment, unlikely to be productive. This case should be restored to your trial list.
☐ Suggested strategy to facilitate settlement:

September 29, 2005
DATE

Dennis Calcagno
ADR Provider

(ADRReportforpdf.wpd - 4/12/2000)